HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRIPHONIA HOWARD,

          Plaintiff,

    v.

THE STATE OF WASHINGTON; THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; and CHARLES HUNTER, individually and in his official capacities,

          Defendants.

Case No. C04-5474RBL

VERDICT FORM

WE, the jury, make the following answers to the questions submitted by the Court:

**QUESTION 1:** Did the Defendant State of Washington, Department of Social and Health Services retaliate against Plaintiff Triphonia Howard because he engaged in protected activity, contrary to Title VII of the Civil Rights Act of 1964?

    Yes _____           No __X__

**QUESTION 2:** Did Defendant Charles Hunter retaliate against Plaintiff Triphonia Howard because he engaged in protected activity, contrary to Washington law?

    Yes _____           No __X__

**INSTRUCTION:**   *If your answer is "no" to questions 1 AND 2, sign and date this verdict form and advise the Court you are ready to return to the courtroom.*

*If your answer is "yes" to questions 1 OR 2, answer question 3 below.*

**QUESTION 3:**   What do you find to be Plaintiff's amount of damages?

ANSWER:

    Economic  $_____

    Emotional  $_____

Dated this _10_ day of February, 2009.

_[signature]_
FOREPERSON