# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
ON TAXATION OF COSTS

TRIPHONIA HOWARD

    v.                                  CASE NUMBER: C04-5474RBL

THE STATE OF WASHINGTON, THE
DEPARTMENT OF SOCIAL AND HEALTH
SERVICES and CHARLES HUNTER,

[ √ ] **Decision by Clerk:** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Costs are taxed against Plaintiff and on behalf of Defendants in the amount of $2,051.33.

*DATED:* 3/10/2009

                                                BRUCE RIFKIN
                                                *Clerk*

                                                /s/ Jean Boring
                                              *(By) Deputy Clerk*, Jean Boring