THE HONORABLE RONALD B. LEIGHTON

04-CV-05474-ORD

FILED ___ LODGED
___ RECEIVED
MAY - 8 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRIPHONIA HOWARD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF WASHINGTON; THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; and CHARLES HUNTER, individually and in his official capacities.<br><br>　　　　　　　　　　Defendants. | NO. C04-5474 RBL<br><br>ORDER GRANTING PLAINTIFF'S COUNSELS' MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF |

THIS MATTER came on for hearing on Plaintiff's Motion pursuant to Western District GR 2(g)(4)(A) to withdraw as Counsel for Plaintiff, and the Court having considered the Motion, any response thereto, and the records and files herein, it is hereby ORDERED that Plaintiff's Counsels' Motion for Leave to Withdraw as Counsel for Plaintiff is hereby GRANTED.

DATED this 8th day of May, 2009.

_____
The Honorable Ronald B. Leighton
United States District Judge

PRESENTED BY:

LAW OFFICES OF JUDITH A. LONNQUIST P.S.

/s/ Mitchell A. Riese
Mitchell A. Riese, WSBA No. 11947
Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING
PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.